**EXHIBIT "A"**
**AFFILIATED COMPANIES**

Ascent Hospitality Management Co

Birmingham Hotels LLC

Birmingham HP HH, LLC

Chattanoogan LLC

Classic Hotels, LLC

Coastal Hospitality

Dothan Hospitality

Empire Hospitality Operations LLC

Enterprise Hospitality, LLC

Enterprise Hotels, LLC

Fairburn Hospitality, LLC

Forest Hospitality, LLC

Goshen Hotels

Hammond Hospitality, LLC

Hammond Hotels, LLC

Hope Hull Hospitality

Jackson Downtown Hotels, LLC

Meridian Lodging, Inc.

Mobile, LLC

Montgomery Downtown Hotels

Montgomery DT LLC

Ocean Hospitality, LLC

P&T Hospitality, LLC

RAM Lodging, LLC

Saraland Hospitality, LLC

Saraland Hotels, LLLC

Space Center Hotels, LLC

Vision Hospitality, LLC (AL)

Vision Hospitality, LLC (GA)