**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**COLUMBUS HOTELS, LLC**                                                      **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 1:24-cv-127-SA-DAS**

**UNITED STATES SMALL BUSINESS
ADMINISTRATION; ISABELLA CASILLAS
GUZMAN, IN HER OFFICIAL CAPACITY AS
ADMINISTRATOR OF THE SMALL BUSINESS
ADMINISTRATION; JANET YELLEN, IN HER
OFFICIAL CAPACITY AS UNITED STATES
SECRETARY OF THE TREASURY; AND THE
UNITED STATES DEPARTMENT OF JUSTICE;
ATTORNEY GENERAL MERRICK GARLAND**                                   **DEFENDANTS**

**UNITED STATES' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
MOTION TO TRANSFER, STAY, OR FOR AN EXTENSION**

The United States of America provides the Court with the attached Transfer Order

from another case involving the same counsel and substantively similar legal theories.

*Birmingham HP HH, LLC et al. v. United States Small Business Administration, et al.*, No.

CV 2:24-945-AMM (N.D. Ala. Jan. 7, 2025).

Clay Joyner
United States Attorney

By:    Stuart S. Davis (MSB #103224)
Assistant United States Attorney
Office of the United States Attorney
Northern District of Mississippi
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
Ph.: (662) 234-3351
Fax: (662) 234-3318
stuart.davis@usdoj.gov